THE STATE OF OHIO, APPELLANT, *v*. NORRIS, APPELLEE.

[Cite as *State v. Norris,* 123 Ohio St.3d 163, 2009-Ohio-4904.]

*Court of appeals' judgment affirmed on the authority of State v. Harris.*

(No. 2009-0442 — Submitted August 11, 2009 — Decided September 22, 2009.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 91000, 2009-Ohio-34.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Harris*, 122 Ohio St.3d 373, 2009-Ohio-3323, 911 N.E.2d 882.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and Kristen L. Sobieski, Assistant Prosecuting Attorney, for appellant.

_____